UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIGOBERTO SANCHEZ-GALVEZ,

                     Petitioner,

    v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

                 Respondent.

CASE NO. C20-638-RSM-BAT

**REPORT AND
RECOMMENDATION**

Petitioner initiated this 28 U.S.C. § 2241 habeas action to obtain release from immigration detention or a bond hearing. He was subsequently removed from the United States to Mexico. *See* Dkt. 6. The Government moves to dismiss this action as moot. Dkt. 5. Petitioner does not oppose dismissal. Dkt. 7. Because this action is moot, the Court recommends that the Government's unopposed motion to dismiss, Dkt. 5, be GRANTED and this action be DISMISSED. A proposed order accompanies this Report and Recommendation.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Therefore a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

REPORT AND RECOMMENDATION - 1

Objections, however, may be filed and served upon all parties no later than **June 30, 2020**. The Clerk should note the matter for **July 3, 2020**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. Objections and responses shall not exceed five pages. The failure to timely object may affect the right to appeal.

DATED this 15th day of June, 2020.

_____

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2