UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIGOBERTO SANCHEZ-GALVEZ,

          Petitioner,

   v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

          Respondent.

CASE NO. C20-638-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The Government's unopposed motion to dismiss, Dkt. 5, is GRANTED.

(3)    This action is DISMISSED as moot.

(4)    The Clerk shall send copies of this Order to the parties and Judge Tsuchida.

Dated this 2nd day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1